October 17, 2008

Mr. Nicholas Arthur Parma
Royston Rayzor Vickery & Williams, L.L.P.
8000 I.H. 10 West, Suite 624
San Antonio, TX 78230

Mr. Anthony F. Constant
Constant Law Firm
800 N. Shoreline Blvd., Suite 2700S
Corpus Christi, TX 78401
Honorable Alex W. Gabert
Judge, 229th District Court
P.O. Box 726
Rio Grande City, TX 78582

Mr. Giancarlo Nisimblat
Nisimblat & Basart
P.O. Box 4154
Alice, TX 78333-4154

RE: Case Number: 08-0660
 Court of Appeals Number: 04-08-00343-CV
 Trial Court Number: DC-06-74

Style: IN RE SATTERFIELD & PONTIKES CONSTRUCTION, INC.

Dear Counsel:

 Today the Supreme Court of Texas granted the Relator's Motion for
Emergency Stay and issued the enclosed stay order in the above-referenced
case.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

Enclosure
|cc:|Mr. Charles C. Webb |
| |Jr. |
| |Mr. Rick Fancher |
| |Mr. Richard Barton |
| |Mr. Keith E. Hottle |
| |Mr. Ricardo R. Reyna |
| |Mr. R. Patrick Wolter |
| |Mr. Douglas Martin |
| |Walla |
| |Ms. Margery Huston |
| |Mr. Daniel Alden Knott|
| | |
| |Mr. Michael Bernard |
| |Gerstle |
| |Mr. David W. Medack |
| |Mr. Cornel W. Walker |
| |Ms. Stephanie O'Rourke|
| | |
| |Mr. Kevin D. Cullen |